IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-00532-EWN-OES

AT&T COMMUNICATIONS OF THE
MOUNTAIN STATES, INC. AND
TCG-COLORADO,

        Plaintiffs,

VS.

QWEST CORPORATION; THE PUBLIC
UTILITIES COMMISSION OF THE STATE
OF COLORADO; GREGORY E. SOPKIN,
IN HIS OFFICIAL CAPACITY AS CHAIR-
MAN OF THE COMMISSION;
PAULETTE E. PAGE AND EDWARD
JAMES DYER IN THEIR OFFICIAL
CAPACITIES AS COMMISSIONERS OF
THE PUBLIC UTILITIES COMMISSION
OF THE STATE OF COLORADO,

        Defendants.

## NOTICE OF APPEAL

Notice is hereby given that AT&T Communications of the Mountain States, Inc. and TCG-Colorado (collectively "AT&T"), plaintiffs in the above named case, hereby give notice that they are appealing to the United States Court of Appeals for the Tenth Circuit from (a) the Judgment entered in this action on July 6, 2005, (b) the Order and Memorandum of Decision entered on June 10, 2005, and (c) all underlying orders and rulings adverse to AT&T that became final upon issuance of the July 6, 2005 Judgment.

Dated: August 4, 2005

        Respectfully Submitted,

        **AT&T COMMUNICATIONS OF THE MOUNTAIN STATES, INC. AND TCG-COLORADO**

    By:  _/s/ Mary b. Tribby_____
        Mary B. Tribby
        Robert M. Pomeory, Jr.
        Holland & Hart, LLP
        555 17th Street, Suite 3200
        P.O. Box 8749
        Denver, Colorado 80201
        Telephone: 303-295-8000
        Facsimile: 303-295-8261
        E-mail: mbtribby@hollandhart.com
              rpomeroy@hollandhart.com

        **ATTORNEYS FOR AT&T COMMUNICATIONS OF THE MOUNTAIN STATES, INC. AND TCG-COLORADO**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this document has been delivered by first class mail to the following counsel on this _4th_ day of August, 2005:

Anthony Marquez
Paul Gomez
Office of the Attorney General
Public Officials Unit
State Services Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203
Telephone: 303-866-5380
E-Mail: paul.gomez@state.co.us

**ATTORNEYS FOR CPUC**

Winslow Waxter
Qwest Corporation
1005 17th Street, Suite 200
Denver, Colorado 80202
Telephone: 303-896-1518
Facsimile: 303-896-6095

**ATTORNEYS FOR QWEST**

Elizabeth A. Woodcock
Perkins Coie, LLP
1899 Wynkoop Street, Suite 700
Denver, Colorado 80202-1043
Telephone: 303-291-2300
Facsimile: 303-291-2400
E-Mail: ewoodcock@perkinscoie.com

**ATTORNEYS FOR QWEST**

Mary Rose Hughes
Perkins Coie, LLP
607 Fourteenth Street, N.W. Suite 800
Washington, D.C. 2005-2011
Telephone: 202-628-6600
Facsimile: 202-434-1690
E-Mail: mhughes@perkinscoie.com

**ATTORNEYS FOR QWEST**


        __/S/ Mary B. Tribby_____

3434129_1.DOC